IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE ANTONIO MORALES NIEVES,<br>*et al.* | CRIMINAL ACTION<br><br>No. 25-460 |

### CLARIFICATION REGARDING ORDER OF NOVEMBER 18, 2025

**AND NOW**, this 19th day of November, 2025, it is **ORDERED** that defense counsel other than Ms. Grasso need not attend the hearing on December 2, 2025. I will hear status updates at the hearing from the United States and the discovery coordinator, along with the translation coordinator and FDC representative.

BY THE COURT:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**