IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**SUPERSEDING INDICTMENT**

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: Philadelphia    County: Philadelphia

City and State of Defendant: Luquillo, Puerto Rico
County: Luquillo    Register Number: 57724-066

Place of accident, incident, or transaction: Eastern District of Pennsylvania

Post Office: Philadelphia    County: Philadelphia

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes". Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses? NO

Case Number:    Judge:

CRIMINAL: (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ○ Antitrust
2. ○ Income Tax and other Tax Prosecutions
3. ○ Commercial Mail Fraud
4. ○ Controlled Substances
5. ○ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ◉ General Criminal

**21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C) (conspiracy to distribute controlled substances – 1 count)**
**21 U.S.C. § 841(a)(1), (b)(1)(A) (attempted possession with the intent to distribute 400 grams or more of fentanyl – 2 counts)**
**21 U.S.C. § 841(a)(1), (b)(1)(B), (b)(1)(C) (possession with the intent to distribute controlled substances or distribution of controlled substances – 7 counts)**
**21 U.S.C. § 841(a)(1), (b)(1)(C) (distribution of controlled substances – 29 counts)**
**18 U.S.C. § 922(g)(1) (felon in possession of a firearm – 1 count)**
**18 U.S.C. § 371 (conspiracy to sponsor or exhibit an animal and to possess an animal for an animal fighting venture – 1 count)**
**18 U.S.C. § 1951 (attempted robbery which interferes with interstate commerce – 1 count)**
**18 U.S.C. § 924(j)(1) (murder in the course of using and carrying a firearm during and in relation to a drug trafficking crime – 2 counts)**
**18 U.S.C. § 2 (aiding and abetting)**
**Notices of forfeiture**

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

DATE: June 24, 2026

/s/ Sara A. Solow
SARA A. SOLOW
Assistant United States Attorney

/s/ Robert J. Livermore
ROBERT J. LIVERMORE
Assistant United States Attorney

/s/ Edward Penetar
EDWARD PENETAR
Assistant United States Attorney

/s/ Jason D. Grennell
JASON D. GRENNELL
Assistant United States Attorney

File No. 2024R00060
US v. Jose Antonio Morales Nieves et al.

**ADDITIONAL DEFENDANTS**
RAMON ROMAN-MONTANEZ - Philadelphia, PA
NANCY RIOS-VALENTIN - Philadelphia, PA
JOEL CARRILLO-CRESPO-Philadelphia, PA
LUIS LEVANTE-MEDINA- Wilmington, DE
CHAYANNE HERRERA- Philadelphia, PA
KELVIN AGUAYO-GARCIA- Philadelphia, PA
ELLIOT MATTEI-RODRIGUEZ -Philadelphia, PA
SANDINO JOSE HIDALGO GENOA - Philadelphia, PA
JOSUE ONEIL ORTIZ-BETANCOURT – Philadelphia, PA
ANGEL RIOS-VALENTIN- Millville, NJ
JUAN GOMEZ-RESTO -Philadelphia, PA
JAVIER RESTO-BERRIOS-Philadelphia, PA
RICHARD CARTAGENA – Philadelphia, PA
ELIUD OMAR MORALES-GARCIA - Philadelphia, PA
ANGEMILL GONZALEZ-CLAUDIO- Philadelphia, PA
JOHN DAVID LOPEZ-BORIA- Philadelphia PA
JONATHAN TORRES- Philadelphia, PA
EDERICK RIVERA SANTIAGO-GONZALEZ - Philadelphia, PA
JANDANIEL VELEZ-GONZALEZ- Philadelphia, PA
WILFRED CASTILLO- Philadelphia, PA
HECTOR VEGA-MELENDEZ- Philadelphia, PA
JULIO JOSE RAMIREZ-DIAZ-Philadelphia, PA
CARLA DIAZ-RESTO- Philadelphia, PA
MAYRA MOLINA DEJESUS- Philadelphia, PA
JAMIE OTERO-RODRIGUEZ-Philadelphia, PA
JOSE SANTANA-GONZALEZ- Philadelphia, PA
LUIS WILLIAMS-Philadelphia, PA
SONIA RAMOS DE JESUS-Philadelphia, PA
ADELEDA GONZALEZ-Philadelphia, PA
LUIS CRUZ – Philadelphia, PA
CANDIDO JOSE HIGALDO GENOA – Philadelphia, PA
JIANNI CRUZ SANTOS – Philadelphia, PA
EDWIN RAMOS – Philadelphia, PA
ANGEL RODRIGUEZ PEREZ – Philadelphia, PA
CHRISTIAN FELICIANO CANDELARIO – Philadelphia, PA
GABRIAL ALEXIS CARABALLO VAZQUEZ – Philadelphia, PA
ALVIN JOEL SIERRA OCASIO – Carolina, PR
NICK CASTRO RODRIGUEZ – Philadelphia, PA