**INFORMATION SHEET**

*DO NOT REMOVE FROM TOP OF FILE*

| | |
|---|---|
| UNITED STATES OF AMERICA | FILE NO. 2024R00060 |
| v. | CRIMINAL NO. 25-460 - 8 |
| ELLIOT MATTEI-RODRIGUEZ a/k/a "Elio" | DESCRIPTION OF VIOLATION AS PER SUPERSEDING INDICTMENT: |
| | 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C) (conspiracy to distribute controlled substances – 1 count) |
| | 21 U.S.C. § 841(a)(1), (b)(1)(C) (distribution of controlled substances – 1 count) |
| | 18 U.S.C. § 2 (aiding and abetting) |
| | Notice of forfeiture |

| | |
|---|---|
| *Defendant's current address* | 3311 N. Palethorp St., Philadelphia, PA 19140 |
| *Place of detention* | FDC |
| *Federal or local custody* | Federal |
| *Register number* | 28985-506 |
| *Date of birth* | 11/4/1998 |
| *Date of commitment on instant federal charges* | 12/18/2026 |
| *Reason(s) for detention* | Danger to community |

*Interpreter needed* ☐ *no* ☐ *unknown* ☑ *yes - specify language or dialect: Spanish*

---

| | | | |
|---|---|---|---|
| *Amount of bail set posted recommended* | N/A | *Name and address of bondsman* | N/A |

---

| | |
|---|---|
| *Name and address of defendant's attorney Telephone / fax number* | John S. Han<br>1684 S. Broad Street, Suite 230, Lansdale, PA 19446<br>215-661-0400 |
| *Assistant U.S. Attorney(s) assigned to case* | Sara A. Solow, Robert J. Livermore, Edward Penetar, & Jason D. Grennell |
| *Case agent's name/agency* | Christopher Shalvoy, Federal Bureau of Investigation |

*All notices should be sent to:*

Chief, Criminal Division
United States Attorney's Office
One Independence Mall - Suite 1250
615 Chestnut Street
Philadelphia, PA 19106-4476

---

*Prior docket information:*
*Docket No.* N/A *Magistrate Judge* N/A *Date* N/A

---

*Related indictments, docket numbers, and defendants:* N/A

---

***Mandatory Minimum Charged:*** *Yes, if at least one count, or No: YES*

***Statutory Minimum Mandatory Time*** *(in years): 10*

**COUNT ONE :**
21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A) is life imprisonment with a mandatory minimum of 10-years' imprisonment, 5-years to a lifetime of supervised release, a fine of up to $10,000,000, and a $100 special assessment.

**COUNT THIRTY-NINE :**
21 U.S.C. § 841(a)(1), (b)(1)(C) is up to 20 years' imprisonment, a minimum of 3 years' supervised release up to a lifetime of supervised release, and a maximum fine of $2,000,000 and a $100 special assessment.

**TOTAL MAXIMUM SENTENCE:** Life imprisonment with mandatory minimum of 10 years' imprisonment, 5-years to a lifetime supervised release, $12,000,000 and a $200 special assessment.